STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. GEORGE VILLANO, PLAINTIFF IN ERROR.

Submitted October 26, 1928—Decided May 20, 1929.

For the defendant in error, *Joseph L. Smith.*

For the plaintiff in error, *Harold Simandl.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, KALISCH, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.